**Order entered October 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00747-CR

**STEWART CARTER HURST, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court
Hunt County, Texas
Trial Court Cause No. 32486CR**

## ORDER

The reporter's record, originally due July 21, 2019, has been filed.

In light of this, we **VACATE** that portion of our October 24, 2019 order that orders Julie C. Vroom not sit as a court reporter.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Julie C. Vrooman, official court reporter, 354th Judicial District Court; to the Hunt County Auditor's Office; and counsel for all parties.

Appellant's brief is **DUE** November 25, 2019.

/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE